**599**

845 P.2d 1094

**Andrew Ray GORHAM**

v.

**Kathryn Lee GORHAM.**

No. CV–92–0279–PR.

Supreme Court of Arizona.

Feb. 2, 1993.

ORDERED: Petition for Review—DE-NIED.

ZLAKET, J., recused himself and did not participate in the determination of this matter.